File # 755000

STATE COURT OF FULTON COUNTY, STATE OF GEORGIA
PROCEEDING AGAINST TENANT HOLDING OVER

True North Property Owner A, LLC

P.O. Box 461027
Atlanta, GA 31145          770-491-0522

PLAINTIFF'S NAME/ADDRESS/PHONE #/EMAIL

VS

Raquel Simpson, and All Other Occupants
3112 Far Emerald Land
Union City, GA 30291

DEFENDANT'S NAME/ADDRESS/PHONE #/EMAIL

State Court of Fulton County
"E-FILED"
26DD002769
5/19/2026 3:06 PM
Donald Talley, Clerk
Civil Division

26DD002769

Matthew Totten
1575 Chamblee Dunwoody Road, Ste S-130
Dunwoody, GA 30338
mft@tottenfirm.com          (404) 592-9600
PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

Defendant is in possession as tenant of premises at the address in Fulton County as stated above.

1. Affiant is the    ( ) Owner    ( ) Attorney    (X) Agent    ( ) Tenant of the owner of said premises.

3. Defendant    (X) fails to pay the rent which is now past due.
   ( ) holds the premises over and beyond the term for which they were rented to him.
   ( ) no longer has permission to remain in the premises.
   ( ) other grounds.

4. Plaintiff desires and has demanded possession of the premises.

5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS:

(a) Possession of the premises.

(b) Past due rent of $6,622.87 for the months MAR, APR, APR, MAY

(c) Rent according up to the date of judgment of vacancy at the rate of $2,220.00 per Month

(d) Other $215.00 Court + $450.00 Late Fees + $380.14 Other Fees + $1,586.19 Utilities

/s/ Venita Hendry Williams

AFFIANT
770-491-0522
PHONE NUMBER

SWORN TO AND SUBSCRIBED
May    19th  2026
CLERK/NOTARY PUBLIC

SUMMONS

/s/ Verneta Tolbert-Shepherd
DEPUTY CLERK

5/19/2026 3:06 PM

MARSHAL ENTRY OF SERVICE

30    May    26
June

Francisco Murrieta
Process Server