## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TRUE NORTH PROPERTY
OWNER A, LLC,

      **Plaintiff,**

      **v.**

RAQUEL SIMPSON and all other
Occupants,

      **Defendants.**

**CIVIL ACTION FILE**

**NO. 1:26-CV-3460-MHC-CMS**

## ORDER

This matter is before the Court on the June 25, 2026, Final Report and

Recommendation ("R&R") of the United States Magistrate Judge [Doc. 3]

recommending that this action be remanded to the Magistrate Court of Fulton

County, Georgia,[1] for lack of subject matter jurisdiction. The Order for Service of

the R&R [Doc. 4] provided notice that, in accordance with 28 U.S.C. § 636(b)(1),

Defendants were authorized to file objections within fourteen (14) days of the

---

[1] The Court notes that the Magistrate Judge made a clerical error and stated the Magistrate Court of Fulton County, when the case was removed from the State Court of Fulton County.

service of that Order.  No objections have been filed to the R&R within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the Opinion and Order of the Court.  It is hereby **ORDERED** that this action is **REMANDED** to the State Court of Fulton County, Georgia.

**IT IS SO ORDERED** this 16th day of July, 2026.

MARK H. COHEN
United States District Judge

2