**Finn Johnston**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Thursday, July 16, 2026 12:20 PM |
| **To:** | Finn Johnston |
| **Subject:** | Filing Submitted for Case: 26DD002769; True North Property Owner A, LLCvs.Raquel  Simpson; Envelope Number:  22334938 |

CAUTION - EXTERNAL:



# Filing Submitted

Envelope Number: 22334938
Case Number: 26DD002769
Case Style: True North Property Owner A,
LLCvs.Raquel Simpson

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Fulton State Court |
| **Date/Time Submitted** | 7/16/2026 12:19 PM EST |
| **Filing Type** | Notice |
| **Filing Description** | Certified Order of Remand |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Finn Johnston |
| **Filing Attorney** | Kevin Weimer |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br>Case Fees  $0.00<br>Notice       $0.00<br>Grand Total $0.00 |
| **Total:**$0.00 |

1

| Document Details | |
|---|---|
| **Lead Document** | Certified Order of Remand.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | [Download Document](Download Document) |
| This link is active for 180 days. | |

For technical assistance, contact your service provider



Need Help?  Help

No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.